198 F.3d 128 (4th Cir. 1999)
 In Re: GENESYS DATA TECHNOLOGIES, INCORPORATED, Debtor. JOHN MEINDL; GENESYS DATA TECHNOLOGIES, INCORPORATED, Plaintiffs-Appellants,
v.
GENESYS PACIFIC TECHNOLOGIES, INCORPORATED, Defendant-Appellees
 No. 98-2270
 UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
 February 9, 2000, Decided
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 204 F.3d 124, AND 245 F.3d 312